UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-81022-CIV-DAMIAN/Valle

**SHIRLEY JOHNSON**,

    Plaintiff,

v.

**SUNBEAM PRODUCTS, INC.**, *et al.*,

    Defendants.

_____/

## OMNIBUS ORDER FOLLOWING CALENDAR CALL

**THIS CAUSE** came before the Court following a Calendar Call held on February 4, 2026, at which the parties, through counsel, appeared before the undersigned. [ECF No. 162]. For the reasons stated and as further detailed on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's *Daubert* Motion to Exclude the Opinions of Defendants' Experts **[ECF No. 61]** is **DENIED** for the reasons stated on the record. As further explained on the record, in general, the three experts are qualified, appear to use reliable methodologies, and offer helpful opinions to the jury, but Plaintiff may contemporaneously object to specific expert testimony as it is elicited during trial.

2. Defendant's earlier filed Motion in Limine **[ECF No. 94]** is **DENIED AS MOOT**.

3. Plaintiff's Unopposed Motion for Leave to Present Certain Non-Party Witnesses Remotely at Trial **[ECF No. 143]** is **GRANTED**. Expert witnesses Joellen Gill and Dr. Luis Aponte and fact witnesses Nadavia Booker and Al'eena Marie Rowe are permitted to appear and testify via videoconference. A teleconference link for such appearances will be provided to the parties on the first day of trial.

4. The Joint Motion to Enter Stipulation **[ECF No. 146]** is **GRANTED**. The Stipulation **[ECF No. 146-1]** attached to the Joint Motion is **APPROVED AND ADOPTED**.

5. Defendant's Motion to Bifurcate the Determination of the Amount of Punitive Damages From Other Issues **[ECF No. 148]** is **GRANTED**. The trial in this matter shall proceed in two phases. During the first phase, the jury shall consider liability, if any, as to compensatory damages and the amount of compensatory damages, if any. If liability for compensatory damages is established in the first phase, the same jury shall then consider entitlement to and the amount of punitive damages, if any, during the second phase of trial.

6. Plaintiff's Unopposed Motion to Permit Use of Large Display Screen and Related Presentation Technology at Trial **[ECF No. 149]** is **GRANTED**.

7. Plaintiff's Motion for Order Permitting Law Firm Staff to Bring Specific Electronic Devices to Trial **[ECF No. 155]** is **GRANTED**. The parties are directed to submit one email per side that lists each staff member who is expected to bring electronic devices or equipment, and for each staff member, identifies what device he or she will be bringing. Electronic devices that the parties will need to identify include, *inter alia*, computers, telephones, audiovisual equipment, and pressure cookers. The lists shall be sent to Chambers by email (*damian@flsd.uscourts.gov*) no later than **noon on February 6, 2026**. A separate Order granting permission to bring the specified devices and equipment will be entered on the docket, and each individual who intends to bring any such device shall bring a printed copy of the Order with them to show Courthouse Security.

8. Any party seeking to test electronic or other equipment prior to trial shall contact the Courtroom Deputy, Johanna Borges, in Chambers to make such arrangements at *damian@flsd.uscourts.gov*.

It is further

**ORDERED AND ADJUDGED** as follows:

The trial of this matter is set to begin on **February 9, 2026**, with Jury Selection starting at **9:00 a.m.** in the U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301. **The deadline for submitting any notice of settlement is noon on Friday, February 6, 2026**, to give the Court sufficient time to make changes to the calendar and any requests for the summoning of jurors. If the parties reach a settlement or inform the Court after that time, the parties will be responsible for the payment of costs incurred in connection with the summoning of jurors for this case.

It is further **ORDERED**

The parties **SHALL CONFER** and stipulate to the admissibility of all trial exhibits and to jointly file a list of all exhibits on which the parties have not reached agreement by **noon on February 6, 2026**. It is further

**ORDERED** that a Motion Hearing is **SET** for **Friday, February 6, 2026, at 1:00 p.m.** over Zoom to address the parties' respective Motions *in Limine* [ECF Nos. 141 and 142], the admissibility of trial exhibits not agreed by the parties, and any other pretrial matters. The parties may attend the Motion Hearing by utilizing the following link:

https://www.zoomgov.com/j/1608144125?pwd=mDObypjkiKb8lgtBRZvH0OGvxaG2tX.1

Meeting ID: 160 814 4125

Passcode: 698008

To the extent this Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 5th day of February, 2026.

                                        **MELISSA DAMIAN**
                                        **UNITED STATES DISTRICT JUDGE**