UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHIRLEY JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., et al.,<br><br>        Defendants.<br>_____/ | Case No. 9:23-cv-81022-MD |

## NOTICE OF FILING PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS

    Plaintiff, by and through undersigned counsel, hereby submits her amended designation of deposition transcripts, attached hereto as Exhibit A.

Date: February 5, 2026

Respectfully submitted,

Kelley | Uustal
500 North Federal Highway, Suite 200
Fort Lauderdale, Florida 33301
Telephone: (954) 522-6601
Facsimile:  (954) 522-6608
Email: bxr@kulaw.com

By: */s/ Bruno Renda*
Bruno Renda, Esq.
FBN# 91971

Eric T. Chaffin, Esq. phv
Steven D. Cohn, Esq. phv
Chaffin Luhana LLP
600 Third Avenue, 12th Floor
New York, NY 10016
(888) 480-1123
chaffin@chaffinluhana.com
cohn@chaffinluhana.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on February 5, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Kelley | Uustal
Counsel for Plaintiff
500 North Federal Highway, Suite 200
Fort Lauderdale, Florida 33301
Telephone: (954) 522-6601
Facsimile: (954) 522-6608
Email: bxr@kulaw.com

By: */s/ Bruno Renda*
Bruno Renda, Esq.
FBN# 91971