## UNITED STATES DISTRICT OF COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIRLEY JOHNSON,

Plaintiff,                                      Case No. 23-81022-CIV-DAMIAN

v.

SUNBEAM PRODUCTS, INC. and
NEWELL BRANDS INC.

Defendants.

## DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

**Defendants' Trial Exhibits:**

Defendant *may* use the following exhibits:

| | | |
|---|---|---|
| D-1. | Plaintiffs' Second Consolidated Amended Complaint | |
| D-2. | Bill of Material SPI467-482 | |
| D-3. | Drawings and 3D Images SPI 484,485,495,504,512,519 | |
| D-4. | Product Specification SPI 681-763 | |
| D-5. | Product Specification SPI 764-874 | |
| D-6. | Test Records SPI 1040, 1046, 1058-64, 1067-68, 1070-71 | |
| D-7. | Qualification Matrix SPI 1075-1086 | |
| D-8. | Qualification Matrix SPI 1093-1096 | |
| D-9. | Qualification Matrix SPI 1127-1137 | |
| D-10. | Qualification Matrix SPI 1152-1168 | |
| D-11. | CAPA/Audit Reports SPI 1425-1501 | |
| D-12. | CAPA/Audit Reports  SPI 1618-1690 | |
| D-13. | Testing Reports SPI 2121-2126 | |
| D-14. | VOC Feedback Report  SPI 2906-2918 | |
| D-15. | Sales Data  SPI 2921 | |
| D-16. | Owners Guides  SPI 2941-2960 | |
| D-17. | Quick Start Guide  SPI 2961 | |
| D-18. | Information Sheet  SPI 2977-2978 | |
| D-19. | Recipe Book  SPI 2979-2999 | |
| D-20. | Lid Decal SPI 3000-3001 | |
| D-21. | Quality Improvements  SPI 3039 | |
| D-22. | Owners Guide  SPI 7350-7373 | |
| D-23. | UL Listing File  SPI 8082-8442 | |

| D-24. | UL Listing File SPI 8033-8048 | |
|---|---|---|
| D-25. | Exemplar Multi-Cookers and/or Lids | |
| D-26. | CPSC Recall Notice | |
| D-27. | CPSC letter to Sunbeam closing letter SPI 16333-16334 | |
| D-28. | Plaintiff Shirley Johnson's Answers to Interrogatories | |
| D-29. | Shirley Johnson – Robert Miller Video Low Pressure Test of Subject Unit | |
| D-30. | Shirley Johnson – Robert Miller Video Food Test | |
| D-31. | Shirley Johnson – Robert Miller Photographs of Subject Unit | |
| D-32. | Plaintiff Shirley Johnson Medical Records (SHIRLEY JOHNSON 000001-000067;000116-000339) | |
| D-33. | Plaintiff Shirley Johnson Medical Bills (SHIRLEY JOHNSON 000340-000346) | |
| D-34. | Plaintiff's Social Media Posts | |

Defendants reserve the right to identify impeachment exhibits and use exhibits designated by Plaintiffs.

Dated: February 8, 2026                         /s/ *Jennifer A. McLoone*
                                                Jennifer A. McLoone
                                                Florida Bar No. 029234
                                                Shook, Hardy & Bacon, LLP
                                                Citigroup Center, Suite 3200
                                                201 South Biscayne Boulevard
                                                Miami, FL 33131
                                                305.358.5171
                                                jmcloone@shb.com

                                                David J. O'Connell (Admitted PHV)
                                                Goldberg Segalla LLP
                                                222 West Adams Street, Suite 2250
                                                Chicago, IL 60606
                                                312.572.8405
                                                doconnell@goldbergsegalla.com
                                                swilliamson@goldbergsegalla.com
                                                ccarlson@goldbergsegalla.com

                                                 Allison Jaeger
                                                Florida Bar. No. 101104
                                                Goldberg Segalla LLP
                                                500 S. Australian Avenue, Suite 1000

West Palm Beach, FL 33401
561.618.4547
ajaeger@goldbergsegalla.com
dharrison@goldbergsegalla.com

*Attorneys for Sunbeam Products, Inc.
And Newell Brands Inc.*